**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**Case No. 6:20-cv-00844-WWB-EJK**

DELROY A. CHAMBERS, JR.,

      Plaintiff,

v.

ARCHIHOME ENTERPRISE, LLC,
doing business as, ARCHIHOME
PROPERTIES & INVESTMENTS

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant

have settled this matter.  Plaintiff will file appropriate dismissal papers in accordance with the

terms of the settlement agreement.

      Respectfully submitted,

      Joshua A. Glickman, Esq.
      Florida Bar No. 43994
      josh@sjlawcollective.com
      Shawn A. Heller, Esq.
      Florida Bar No. 46346
      shawn@sjlawcollective.com
      Social Justice Law Collective, PL
      974 Howard Ave.
      Dunedin, FL 34698
      (202) 709-5744
      (866) 893-0416 (Fax)

      Attorneys for the Plaintiff

      By:  *s/ Shawn A. Heller*
            Shawn A. Heller, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 9th day of June, 2020, which will send a notice of electronic filing to all attorneys of record.  An additional copy was emailed to Defendant at: rachelbroker@gmail.com.

By:   *s/ Shawn A. Heller*
               Shawn A. Heller, Esq.